

# Fourth Court of Appeals
## San Antonio, Texas

April 7, 2015

Nos. 04-14-00050-CR & 04-14-00688-CR

Taylor Rae **ROSENBUSCH**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2011CR11075 & 2011CR11074
Honorable Dick Alcala, Judge Presiding

## O R D E R

Appellant Taylor Rae Rosenbusch filed a motion to consolidate appeal number 04-14-00050-CR and appeal number 04-14-00688-CR. The court has examined the records in the two appeals and has determined that they should be consolidated. Appellant's motion to consolidate is GRANTED.

It is therefore ORDERED that appeal numbers 04-14-00050-CR and 04-14-00688-CR are consolidated for appeal under appeal number 04-14-00050-CR. Appeal number 04-14-00688-CR is hereby administratively closed, and all documents filed under that appeal number are to be transferred to appeal number 04-14-00050-CR. The parties shall file all future motions, briefs, and other documents relating to either matter under appeal number 04-14-00050-CR. If this court decides to submit this cause by oral argument, the matters shall be argued as a single proceeding, and the total time limit for each party at oral argument shall equal the ordinary time limit for a single appeal. *See* 4TH TEX. APP. (SAN ANTONIO) LOC. R. 9.1. The court will dispose of the consolidated appeal with one judgment, opinion, and mandate.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court